# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE:  DESIGNATION OF CHAIR AND | : | NO. 638 |
|---|---|---|
| | : | |
| VICE-CHAIR OF THE CIVIL | : | CIVIL PROCEDURAL RULES DOCKET |
| | : | |
| PROCEDURAL RULES COMMITTEE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2016, William Shaw Stickman, IV, Esquire, is hereby designated as Chair and Frederick P. Santarelli, Esquire, as Vice-Chair of the Civil Procedural Rules Committee commencing June 30, 2016.